UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM A. BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL REVENUE CORPORATION,<br>UNITED AID FUND, INC., and<br>SALLIE MAE SERVICING<br><br>    Defendant. | Case # 3:11-1243<br><br>Judge Haynes/Bryant<br><br>Jury Demand<br><br>**DEFENDANT**<br>**SALLIE MAE, INC.'s**<br>**MOTION FOR SUMMARY**<br>**JUDGMENT** |

**TO:** William Allen Boyd
      73 White Bridge Rd Ste 103-156
      Nashville, TN 37205

Defendant Sallie Mae, Inc. ("SMI"), improperly sued as Sallie Mae Servicing[1], by their attorneys, move for an Order granting Summary Judgment in its favor and dismissing all of Plaintiff's claims with prejudice.

This motion is made on the grounds that SMI is entitled to summary judgment on each of Plaintiff's alleged violations of the TCPA and FDCPA. As detailed in its supporting Memorandum of Law, SMI demonstrates that Plaintiff's claim is not well founded in fact or law, and that he will be unable to present admissible evidence sufficient to create an issue of material fact to avoid summary judgment.

---

[1] Sallie Mae Servicing is not the name of an entity. The corporate entity is properly identified as Sallie Mae, Inc.

This motion is made pursuant to Federal Rules of Civil Procedure Rule 56, as well as Local Rules of the United States District Court for the Middle District of Tennessee ("Local Rules") Rules 7 and 56.  SMI's motion for summary judgment is based on the record in this case as well as its Memorandum of Law, supporting Affidavit, Statement of Undisputed Facts, and Proposed Order, served and filed pursuant to the Federal Rules of Civil Procedure and the Local Rules.

DATED:  November 26, 2012.

                                        Respectfully submitted,

                                        KEVIN B.WILSON LAW OFFICES

                                        By:   */s/ Kevin B. Wilson*
                                                   Kevin B. Wilson  (BPR #9702)
                                                   Attorney for Defendants
                                                   General Revenue Corporation and
                                                   Sallie Mae, Inc.
                                                   2810 Walker Road
                                                   Suite 102
                                                   Chattanooga, TN  37421-1082
                                                   Telephone: (423) 899-4424
                                                   Facsimile: (423) 892-4435
                                                   Email: kbwilson@kbwilsonlaw.com