IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | ) | |
|---|---|---|
| WILLIAM A. BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-cv-1243 |
| | ) | Chief Judge Haynes |
| GENERAL REVENUE CORPORATION, | ) | |
| UNITED AID FUND, INC., and | ) | |
| SALLIE MAE SERVICING | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons above, the Court concludes that Defendant Sallie Mae Inc.'s motion for summary judgment (Docket Entry No. 40) and Defendant General Revenue Corporation's motion for summary judgment (Docket Entry No. 54) are **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

**ENTERED** this the 7th day of March, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court