## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 22, 2014

Mr. William A. Boyd
73 White Bridge Road
Suite 103-156
Nashville, TN 37205

Mr. Kevin B. Wilson
Wilson & Wilson
112 Lee Parkway Drive
Suite 102
Chattanooga, TN 37421-0000

Re:  Case No. 13-5607, *William Boyd v. General Revenue Corporation, et al*
     Originating Case No. : 3:11-cv-01243

Dear Sir,

   The Court issued the enclosed Order today in this case.

                                    Sincerely yours,

                                    s/Julie Brock
                                    Case Manager
                                    Direct Dial No. 513-564-7011

cc:  Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 13-5607

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

WILLIAM A. BOYD

      Plaintiff - Appellant

v.

GENERAL REVENUE CORPORATION; UNITED AID FUND INC.; SALLE MAE SERVICING

      Defendants - Appellees

  Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by December 19, 2013.

  It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                **ENTERED PURSUANT TO RULE 45(a),**
                                **RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: January 22, 2014